

**ORIGINAL**

RECEIVED
MAY 15 2023
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Dashawn Andrews
_____
_____
                 Plaintiff,

[Insert full name of plaintiff/prisoner]

**23-CV-3634-EK-JRC**

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ____

-against-

William Schumacher
Michael Vitale
Matthew Muccurry
_____
_____

                 Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff**  Dashawn Andrews

If you are incarcerated, provide the name of the facility and address:

George R Vierno Center
09-09 Hazen Street
East Elmhurst NY 11370

Prisoner ID Number:  1132200318

1

If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

William Schumacher
Full Name

75TH Precinct Detective
Job Title

1000 Sutter Ave
Brooklyn NY 11207
Address

Defendant No. 2

Michael Vitale
Full Name

75TH Precinct Detective
Job Title

1000 Sutter Ave
Brooklyn NY 11207
Address

Defendant No. 3

Matthew McCurry
Full Name

75TH Precinct Detective
Job Title

1000 Sutter Ave
Brooklyn NY 11207

2

```
                                    _____
                                    Address

        Defendant No. 4             _____
                                    Full Name

                                    _____
                                    Job Title

                                    _____

                                    _____
                                    Address

        Defendant No. 5             _____
                                    Full Name

                                    _____
                                    Job Title

                                    _____

                                    _____
                                    Address
```

**II.    Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _Kings County_ _Brooklyn New York East New York_ _Pennsylvania Avenue / Livonia Avenue_

When did the events happen? (include approximate time and date) _May 14 2020_ _at Approximate 1:00 AM morning_

Facts: (what happened?) On May 14, 2020 I Dashawn Andrews was waiting for a cab to return home, when I was accosted without a reason or cause by 3 Detectives from the 75th Precinct. Those 3 Detectives names William Schumacher, Michael Vitale, Matthew McCurry. Had illegally detained me and then proceeded to search me without my consent. I was arrested for possession of a weapon and incarcerated for 1 year before I was granted bail on an ankle monitor 2 years in a half my case was dismissed for a violation of my 4TH Amendment Rights, illegal search and seizure

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Mentally stress, mentally depression suffing from trauma suffing from humiliation and embarrassment

4

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

Financial compensation For the loss and Demage And Suffing From Freedom and what I'am Seeking For The Amount of $2.5 million Dollars

I declare under penalty of perjury that on __05/02/23__, I delivered this complaint to prison authorities at __GRVC__ to be mailed to the United States District Court for the Eastern District of New York.
(date)
(name of prison)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __05/02/23__

_____
Signature of Plaintiff

__Dashawn Andreus__
Name of Prison Facility or Address if not incarcerated

__09-09 Hazen Street__
__East Elmhurst NY 11370__

Address

__1132200318__
Prisoner ID#

rev. 12/1/2015

Dashawn Andrews [illegible]
George R Vierno Center
09-09 Hazen Street
East Elmhurst NY 11370
Case 1:23-cv-03634-EK-JRC   Document 1   Filed 05/15/23   Page 6 of 9 PageID #: 6





U.S. POSTAGE PAID
FCM LG ENV
LONG ISLAND CITY, NY
11105
MAY 09, 23
AMOUNT
$5.72
R2304M113688-86

RDC 99
11201



USMS

United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

CERTIFIED MAIL
7021 1970 0001 7845 5809



Dashawn Andrews #[illegible]
George R Vierno Center
09-09 Hazen Street
East Elmhurst NY 11370




U.S. POSTAGE PAID
FCM LG ENV
LONG ISLAND CITY, NY
11105
MAY 09, 23
AMOUNT
$5.72
R2304M113688-86

RDC 99    11201

USMS

United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201





CERTIFIED MAIL
7021 1970 0001 7845 5809

